UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEWART RIGGS,

        Plaintiff,

      v.

DEPARTMENT OF CORRECTIONS,
OFFICER BAKER, and SGT. JACKSON,

        Defendants.

Case No. C11-5627BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of

the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 9).

      The Court has considered the R&R and the remaining record, and no objections to the

R&R having been filed, does hereby find and order as follows:

      (1)     The R&R is **ADOPTED**; and

      (2)     This action is **DISMISSED as frivolous**.

      DATED this 16th day of November, 2011.

                                    BENJAMIN H. SETTLE
                                    United States District Judge

ORDER