# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEWART RIGGS

v.

DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5627BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **DISMISSED as frivolous.**

| | |
|---|---|
| November 17, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |